

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00439-CV

| | | |
|---|---|---|
| COREY MORRELL, Appellant | § | On Appeal from the 236th District Court |
| v. | § | of Tarrant County (236-363739-25) |
| BURTON BAKER, INDIVIDUALLY AND IN HIS PROFESSIONAL CAPACITY; LUMMUS, HALLMAN, PRITCHARD & BAKER, P.C.; AND MERCER TRANSPORTATION CO., INC., Appellees | §<br><br>§ | September 18, 2025<br><br>Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellant Corey Morrell must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr